

United States District Court
Eastern District of California

| | |
|---|---|
| JANE DOE, an individual | Case Number: 2:25-cv-03142-DC-JDP |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND ORDER |
| G6 Hospitality, LLC, et al., | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Emily M. Akins hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: G6 Hospitality LLC, G6 Hospitality IP LLC, G6 Hospitality Franchising LLC, G6 Hospitality Purchasing LLC, G6 Hospitality Franchising LLC, Motel 6 Operating L.P.

On 11/17/2022 (date), I was admitted to practice and presently in good standing in the Supreme Court of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/16/2026            Signature of Applicant: /s/ Emily M. Akins

**Pro Hac Vice Attorney**

Applicant's Name: Emily M. Akins

Law Firm Name: Jones Day

Address: 110 North Wacker Drive

Suite 4800

City: Chicago    State: IL    Zip: 60606

Phone Number w/Area Code: (312) 782-3939

City and State of Residence: Chicago, IL

Primary E-mail Address: eakins@jonesday.com

Secondary E-mail Address: eakins@jonesday.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kathleen (Kate) Wallace

Law Firm Name: Jones Day

Address: 100 High Street

21st Floor

City: Boston    State: MA    Zip: 02110

Phone Number w/Area Code: (617) 960-3939    Bar #: CA Bar # 234949

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 1/20/2026

Dena Coggins
United States District Judge